```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 15747
    AVA R BOMAR
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-3167


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/30/2007 and was not confirmed.

     The case was dismissed without confirmation 10/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------

DEUTSCHE BANK NATIONAL   SECURED NOT I         .00           .00            .00
OPTION ONE MORTGAGE      NOTICE ONLY      NOT FILED          .00            .00
CAPITAL ONE              UNSECURED          1506.15          .00            .00
ARROW FINANCIAL SERVICES UNSECURED         NOT FILED         .00            .00
ARMOR SYSTEMS CORP       UNSECURED         NOT FILED         .00            .00
CAPITAL ONE BANK         UNSECURED         NOT FILED         .00            .00
ILLINOIS DEPT OF EMPLOYM UNSECURED         NOT FILED         .00            .00
JERRY M SALZBERG         UNSECURED         NOT FILED         .00            .00
TRINITY ORTHOPAEDICS     UNSECURED         NOT FILED         .00            .00
MONTERY COUNTY BANK      UNSECURED         NOT FILED         .00            .00
GOOD SAMARITAN HOSPITAL  UNSECURED         NOT FILED         .00            .00
NICOR GAS                UNSECURED         NOT FILED         .00            .00
NORDSTROM                UNSECURED         NOT FILED         .00            .00
RETAILERS NATIONAL BANK  UNSECURED         NOT FILED         .00            .00
VILLAGE OF BELLWOOD      UNSECURED         NOT FILED         .00            .00
SALLIE MAE LSCF          UNSECURED         NOT FILED         .00            .00
SALLIE MAE LSCF          UNSECURED         NOT FILED         .00            .00
SALLIE MAE LSCF          UNSECURED         NOT FILED         .00            .00
SALLIE MAE LSCF          UNSECURED         NOT FILED         .00            .00
SALLIE MAE LSCF          UNSECURED         NOT FILED         .00            .00
SALLIE MAE LSCF          UNSECURED         NOT FILED         .00            .00
SALLIE MAE LSCF          UNSECURED         NOT FILED         .00            .00
SALLIE MAE LSCF          UNSECURED         NOT FILED         .00            .00
ASSET ACCEPTANCE LLC     UNSECURED          5356.52          .00            .00
CODILIS & ASSOCIATES     NOTICE ONLY      NOT FILED          .00            .00
DEUTSCHE BANK NATIONAL   SECURED NOT I         .00           .00            .00
B-REAL LLC               UNSECURED          3063.57          .00            .00
PRO SE DEBTOR            DEBTOR ATTY           .00                          .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00


         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 15747 AVA R BOMAR
```

```
TRUSTEE                                                      .00

PRIORITY                                                             .00
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                                 .00
DEBTOR REFUND                                                        .00
                                        ---------------    ---------------
TOTALS                                              .00                .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 01/22/08                   _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 07 B 15747 AVA R BOMAR